IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

WENDY SNOWDEN,
    Plaintiff               :    Case No. 3.14 - MC - 736

     V.

NATIONAL SECURITY AGENCY a/k/a/   :
JAMES CLAPPER d/b/a/ NSA Dir-    :       **RECEIVED**
ector; BARACK HUSSIEN OBAMA;    :    **IN CLERK'S OFFICE**
CENTRAL INTELLIGENCE AGENCY     :
a/k/a/ CIA; FEDERAL BUREAU of    :      **MAY 16 2014**
INVESTIGATION a/k/a/ FBI;       :
SOCIAL SECURITY ADMINISTRATION, :    **U. S. DISTRICT COURT**
    Defendants             :     **MID. DIST. TENN.**

## PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER, TRO UNDER THE WHISTLEBLOWING ACT

    COMES NOW, Plaintiff, Wendy Snowden, Pro Se, and moves this Honorable court to issue an Order for Defendants named in this suit to respond. Plaintiff faces imminent danger and bodily harm from Defendants for Whistleblowing. Defendants are planning to make a deal with Russia to lift all sanctions against them in return for Russia giving Edward Snowden to United States authorities to be brought back to the United States to be tortured, waterboarded, named an enemy combatant, secretly tried in court and sentenced to the Death Penalty.

    Barack Obama is not a natural born United States citizen. He is in violation of the United States Constitution. Barack Obama has no legal authority to be Commander-In-Chief. Barack Obama was born in Mobassa, Kenya in 1960. Barack Obama is using a fraudulent Connecticutt Social Security Number of Harry Bounel a/k/a/ Harrison J. Bounel. Since Barack Obama became President under fraud pretenses, he does not have a Constitutional right to authorize any extradition with Russia for Edward Snowden, and no right to authorize and direct any United States Agency to illegally kidnap Edward Snowden to torture him in America. Barack Obama is a De facto Commander-In-Chief and had no previous authority to impose any sanctions on Russia or lift them. Barack Obama has a personal vendetta and bias against Edward Snowden because Snowden discovered illegal activities thatBarack Obama and his Administration conducted in their official and individual capacities while Snowden worked for the National Security Agency in Hawaii that will get Barack Obama impeached and jailed for criminal acts. Barack Obama and the Defendants plan to extract through torture and truth serum what Edward Snowden knows, then silence him through murder under the scheme of justice. I am a relative of Edward Snowden and I have been in constant contact with Snowden, who told me personally what he knows and discovered while working for the NSA, and Snowden sent me evidence which I have in my possession including audio tapes, hard drives and disks linking the Defendants to crimes. Because of this, I want a Restraining Order against the Defendants out of fear they will murder me to stop me from whistleblowing what I obtained from

Edward Snowden. I seek a Restraining Order against the Defendants to prevent them from torturing, extraditing, or negotiating with Russia to have Edward Snowden forced against his will to return to America.

## 1

4/20/14 - Grand Jury in U.S. District Court in Hawaii handed down a secret indictment which is sealed against Edward Snowden for espionage, treason, and wire fraud. Micheal Grimm, Congressman from Long Island, testified to the Grand Jury in the Eastern District of New York on another indictment against Edward Snowden. Micheal Grimm is cooperating with the FBI to get a reduced sentence in his criminal case under 5K1.1.

## 2

Barack Obama secretly sent his friend, former German Chancellor Gerhard Schroder, on his 70th birthday to St. Petersburg, Russia to meet with Vladimir Putin to discuss final details where the CIA will land a 747 Plane at Moscow and Edward Snowden will be turned over to the FBI and CIA and brought back to the United States. Once Snowden is in U.S. hands, all economic sanctions against Russia will be lifted

## 3

Edward Snowden told me while he worked for the NSA in Hawaii he was assigned a secret operation where he used the NSA's mass surveillance program to tap into the telephone lines of the White House and listen in on the Obama's conversations, which Snowden taped and I heard. Snowden has a tape of Michelle Obama having phone sex with Texas Senator Ted Cruz 69 times in one month's span and Michelle promised Cruz his wife Heidi will get Government business contracts with Goldman-Sachs, where she works. ON Valentine's Day Michelle Obama sent naked selfies to Marco Rubio as part of her Get Fit Initiative and said she wants to Salsa dance with him in Victoria's Secret lingerie and laughed at Rubio saying they were made in forced Sweat Shops at .06¢ an hour in Bangeldesh. Michelle Obama confessed to Donald Trump on Skype that Barack Obama was really born in Kenya and told Donald Trump he will get HUD building contracts if Trump stops his Birther Inquiries on Barack. MIchelle Obama Also confided in Hillary Clinton by telling her that Sasha and Maleiha were not Barack's children. Jesse Jackson, Jr. is Saha's father, and Scottie Pippen is Maleiha's. Barack Obama was caught on wiretap to the TSA Director saying that he don't care that TSA Body Scanners cause cancer, because people will be forced to seek treatment through Obamacare. Barack instructed the TSA Director to purposely tell agents to put toxins and diseases on their hands for pat searches to spread flus, get people sick, covert genocide.

## 4

Edward Snowden told me the CIA altered and manipulated Barack Obama's college transcrpits from Occidental College using U.S. Taxpayer's money to bribe and pay off executives with the Fulbright Foundation Scholarship Program to give Barack a Fellowship in its International Educational Exchange Program. Barack got foreign aid from Indonesia. Barack Obama bullied a White kid in college named Keith Judd to take his SAT's for him. 1979-1981 at Occidental College, Barack smoked marijuana everyday and edward Snowden has pictures he got through the NSA's illegal prism program hacking into Barack Obama's I-Phone years ago. Edward Snowden has Barack Obama admitting

on tape to Michelle's brother Robinson that Barack was on steroids at Occidental College when he played for the JV Tigers Basketball Team during their undefeated season. Last year barack was using his Government salery to get Human Growth Hormones. Edward Snowden has access to Barack and Michelle's Transunion credit reports.

5

The National Security Agencies mass surveillance program in unconstitutional and unauthorized. I seek a restraining Order against Defendants illegally listening into my phones and illegally using spy programs to monitor my Facebook, You Tube, Yahoo, and my Google Search Project Bull Run is unconstitutional; the NSA is infiltrating online privacy Apps, the CIA created Tor-Onion Browser where people think they are anonymous, but the CIA/NSA is watching everyone. All General Electric appliances have hidden cameras installed by the CIA/NSA. I seek a Restraining Order against the NSA illegally spying on the Senate and House. The Defendants are secretly intercepting naked teen girls and guys selfies and Web cams and using stolen images of child porn and planting the images in innocent adults computers to entrap them. The CIA is in secret negotiations with Russia to flood the U.S. cities with lethal Russian heroin called KroKodil. Edward Snowden told me the CIA/FBI has a secret hit list of U.S. truthseekers that they are going to hunt down and kill. Orly Taitz, Ayo Kimathi, Anthony Gucciardi, Defendants caused dan Pfeifer a stroke with a lethal injection by Pfizer. Defendants blackmailed Edward Snowdens' ex-girlfriend, Lindsey Mills, to be an FBI informant or she will go to jail for online prostitution.

6

Defendants paid off the Federal Judges in previous lawsuits that ruled the NSA's Spy Program is Constitutional. Edward Snowden has secret documents in his possession that the Barack H. Obama Foundation is a front charity for the Holyland Foundation. Barack H. Obama Foundation was approved by Lois Lerner who is involved with the IRS Tea Party Scandal. Obama's charity provides funding to Kenyan students to attend Wahhabist Schools in Saudi Arabia. Edward Snowden told me in an encrypted message on April 20, 2014, that he doesn't trust Russian President Putin and said Snowden hacked into telephone lines in Russia and heard Barack Obama and Putin laughing on the telephone how they have the American people duped, calling them "Sheeple" and saying the Malaysia Airlines Flight 370 mystery was an excellent diversion false flag attack to keep the public focused on that issue while Russia took over Crimnea. Barack Obama told Putin he trusts him and can see through his eyes to his soul. Snowden told me he intercepted a 12/26/12 phone call at the White House of Barack Obama on a conference call with Jewish bankers with J.P. Morgan and Citibank wishing them a Merry Christmas, thanking them for bankrolling terrorists in the inside job Bengjazi attack and causing the banking crisis. Barack Obama told Dimon with J.P. Morgan that his $\frac{1}{2}$ brother, Malik Obama joined Al-Queda.

Barack Obama has also used the stolen identity of Barry Soetoro and prayed at Mosques in Dearborn, Michigan. Barack Obama cheated on Michelle Obama with Valerie Jarrett at Mt. Vernon. Barack Obama congratulated Traynon Martin's father for being a Grandmaster Free Mason. Barack Obama confessed to Sue Grafton on the phone that " "Dreams From My Father" was plagarized. Barack Obama defrauded the State Bar of Illinois/ perjured himself while concealing his identity.

8

Barack Obama is in violation of Title 18 1015 - Naturalization Citizenship Laws. Barack was born in Kenya. Barack's father has secret ties to Viktor Bout and is in a terrorist organization, Mau Mau. Barack Obama cheated on Michelle Obama with Susan Rice on the first day of Ramadam. Edward Snowden showed me the tape.

### CONCLUSION

I seek Restraining Orders to prevent Edward Snowden from being extradited and tortured. I seek a Restraining Order against Barack Obama because he is not a U.S. Citizen. I seek a restraining Order after I file this lawsuit because I fear Defendants will kill me for whistle blowing, which is my First Amendment Constitutional right. Barack Obama is a war criminal that needs to be impeached. I seek full investigations.

Respectfully Submitted,

*Wendy Snowder*  May 3, 2014
Wendy Snowden
6500 Cherrywood Ln.
Greenbelt, MD 20770



Wendy Snowden
6500 Cherrywood Ln.
Greenbelt, MD 20770

RECEIVED
IN CLERK'S OFFICE

MAY 16 2014

U. S. DISTRICT COURT
MID. DIST. TENN.

TRENTON NJ 085

13 MAY 2014 PM 3 L

FIRST-CLASS
USA
FOREVER

United States District Court
Middle District of Tennessee
801 Broadway
Nashville, TN 37203

3720330655500