IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WENDY SNOWDEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL SECURITY AGENCY a/k/a )<br>JAMES CLAPPER d/b/a NSA Director *et al.*, )<br>)<br>Defendants. ) | Case No. 3:14-mc-00736<br><br>Chief Judge Haynes |

## ORDER

Before the Court is a document styled "Preliminary Injunction, Temporary Restraining Order, TRO Under the Whistleblowing Act." (Docket Entry No. 1.) The document purports to have been filed by Plaintiff, Wendy Snowden, whose address is given as 6500 Cherrywood Ln., Greenbelt, MD 20770.[1]

Plaintiff did not submit either the required $400.00 filing fee or an application to proceed *in forma pauperis*. The Court may not consider an action on the merits unless the initial pleading is accompanied by the filing fee or a properly supported application showing that the plaintiff is financially unable to pay the full filing fee in advance. Accordingly, if Plaintiff seeks to pursue this action, she **MUST** do one of the following within **21 days** of her receipt of this Order: (1) submit

---

[1] The Court takes judicial notice that the United States District Court for the District of Maryland, Southern Division, is located at the address provided by Plaintiff, and that a person named Elizabeth B. (Wendy) Snowden is employed by the United States District Court for the District of Maryland, Northern Division, in Baltimore, Maryland, as Chief Deputy Clerk of Court. The Court also notes that the envelope in which the pleading in this action was submitted bears a postmark from Trenton, New Jersey. The Court, however, makes no assumption regarding the actual identity of the person who filed this action.

payment of the filing fee in the amount of $400.00 to the Clerk of this Court; or (2) submit a completed and properly supported Application to Proceed in District Court Without Prepaying Fees or Costs (long form).

If Plaintiff does not comply with this Order within the time frame specified, the Court will dismiss the action for failure to prosecute and failure to comply with the Court's Order.

It is so **ORDERED**.

**ENTERED** this the 21st day of May, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court